PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLETTE LEWIS, ALEXIS LEWIS, MARGRETT LEWIS; and JEFFREY LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY INTERNATIONAL UNDERWRITERS, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-01138-WHO<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS<br><br>Judge: The Hon. William H. Orrick |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

___ Early Neutral Evaluation (ENE) (ADR L.R. 5)

___ Mediation (ARD L.R. 6)

_X_ Private ADR – Private Mediation

1

Stipulation and Proposed Order Selecting Mediation   Case No. 3:18-cv-01138-WHO

The parties agree to hold the ADR session by:

_X_ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered*)

___ other requested deadline:

DATED: May 8, 2018                    By: _____
                                          LESLIE R. PERRY
                                          Attorney for Plaintiffs

DATED: May 8, 2018                    By: _____
                                          Attorney for Defendant

_XX_ IT IS SO ORDERED

____ IT IS SO ORDERED WITH MODIFICATIONS:

DATED: May 9, 2018                    _____
                                      U.S. DISTRICT JUDGE